UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY NICHOLS,<br><br>  Plaintiff,<br><br>  v.<br><br>STEPHEN L. JOHNSON,<br>Administrator, United States Environmental<br>Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460<br><br>  Defendant | Civ. No. 1:05-cv-02215 (RCL) |

**DEFENDANT'S UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER**

Stephen Johnson, Defendant, hereby moves the Court to extend the time to answer Plaintiff's Complaint until February 10, 2006. In support of this motion, Defendant states as follows:

1. On November 29, 2005, Plaintiff served upon Defendant a Complaint for Injunctive and Declaratory Relief. Pursuant to Fed. R. Civ. P. 12(a)(3)(A), a response to that Complaint is required to be served by January 27, 2006.

2. The Complaint alleges that Defendant, the Administrator of the United States Environmental Protection Agency ("EPA"), has failed to perform a mandatory duty to respond to a citizen petition pursuant to 42 U.S.C. § 7661d, a provision of the Clean Air Act. Among the relief sought by the Complaint is an order requiring the Administrator to respond to the petition.

3. Good cause exists to grant Defendant an additional two weeks to answer the Complaint. Additional time will permit Defendant to respond to the citizen petition that is the subject of the Complaint, or otherwise resolve the dispute without further litigation.

4. Additional time to respond is required because of the multiple layers of EPA management review that are involved in responding to citizen petitions submitted pursuant to 42 U.S.C. § 7661d. In particular, § 7661d(b)(2) provides that the Administrator may not delegate the duty to respond to citizen petitions submitted under that section.

5. Granting this extension of time will not prejudice any party. Counsel for Defendant has conferred with counsel for Plaintiff, who represents that he will not oppose this Motion.

WHEREFORE, Defendant respectfully moves the Court to grant Defendant an additional 14 days to respond to the Complaint, and to fix February 10, 2006 as the date on which a response is required.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

By: *[signature]*
DAVID GUNTER
United States Department of Justice
P.O. Box 23986
Washington, DC 20026
202-514-3785 (ph)
202-514-8865 (fax)
David.Gunter2@usdoj.gov

Dated: January 5, 2006

## CERTIFICATE OF SERVICE

I certify that all counsel listed below are registered to receive filings in this case from the Court's electronic filing system, and will receive a copy of this Motion upon its filing.

Robert Ukeiley
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403
859-986-5402 (ph)
859-986-1299 (fax)
rukeiley@igc.org

_____
David Gunter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY NICHOLS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, )<br>Administrator, United States Environmental )<br>Protection Agency )<br>1200 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20460 )<br>)<br>Defendant ) | Civ. No. 1:05-cv-02215 (RCL) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO EXTEND TIME TO ANSWER**

Upon consideration of Defendant's Motion to Extend Time to Answer, and upon counsel's representation that the Motion is unopposed, and finding that good cause exists to grant the Motion:

Defendant's Unopposed Motion to Extend Time to Answer is hereby GRANTED, and it is ORDERED that Defendant's response to Plaintiff's Complaint must be served on or before February 10, 2006.

SO ORDERED.

Hon. Royce C. Lamberth
United States District Judge