UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEREMY NICHOLS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2215 (RCL) |
| ) | |
| **STEPHEN L. JOHNSON,** ) | |
| Administrator, United States ) | |
| Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER**

Upon consideration of defendant's Motion [7] to Extend Time to Answer, and upon counsel's representation that the Motion is unopposed, and finding that good cause exists to grant the Motion, it is hereby

ORDERED that defendant's unopposed Motion [7] to Extend Time to Answer is GRANTED. Defendant's response to plaintiff's complaint must be served on or before February 10, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 12, 2006.