## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                              )
JEREMY NICHOLS,                               )
                                              )
    Plaintiff,                            )
                                              )
       v.                            )    Civ. No. 1:05-cv-02215 (RCL)
                                              )
STEPHEN L. JOHNSON,                           )
Administrator, United States Environmental    )
Protection Agency                             )
1200 Pennsylvania Avenue, N.W.                )
Washington, D.C. 20460                        )
                                              )
    Defendant                             )
_____)

## DEFENDANT'S UNOPPOSED MOTION
## TO EXTEND TIME TO ANSWER

      Stephen Johnson, Defendant, hereby moves the Court to extend the time to answer

Plaintiff's Complaint until March 17, 2006.  In support of this motion, Defendant states as

follows:

    1.    On November 29, 2005, Plaintiff served upon Defendant a Complaint for

        Injunctive and Declaratory Relief.  Pursuant to Fed. R. Civ. P. 12(a)(3)(A), a

        response to that Complaint was required to be served by January 27, 2006.  By

        unopposed Motion, the Court has previously extended that time until February 10,

        2006.

    2.    The Complaint alleges that Defendant, the Administrator of the United States

        Environmental Protection Agency ("EPA"), has failed to perform a mandatory

        duty to respond to a citizen petition pursuant to 42 U.S.C. § 7661d, a provision of

        the Clean Air Act.  Among the relief sought by the Complaint is an order

requiring the Administrator to respond to the petition.

3.     Good cause exists to grant Defendant additional time to answer the Complaint.

Additional time will permit Defendant to respond to the citizen petition that is the

subject of the Complaint, or otherwise resolve the dispute without further

litigation.

4.     Additional time to respond is required because of the multiple layers of EPA

management review that are involved in responding to citizen petitions submitted

pursuant to 42 U.S.C. § 7661d.  In particular, § 7661d(b)(2) provides that the

Administrator may not delegate the duty to respond to citizen petitions submitted

under that section.

5.     Granting this extension of time will not prejudice any party.  Counsel for

Defendant has conferred with counsel for Plaintiff, who represents that he will not

oppose this Motion.

WHEREFORE, Defendant respectfully moves the Court to grant Defendant until March

17, 2006 as the date on which a response is required.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

By:  _____/s/_____
DAVID GUNTER
United States Department of Justice
P.O. Box 23986
Washington, DC 20026
202-514-3785 (ph)
202-514-8865 (fax)
David.Gunter2@usdoj.gov

Dated: February 10, 2006

**CERTIFICATE OF SERVICE**

I certify that all counsel listed below are registered to receive filings in this case from the Court's electronic filing system, and will receive a copy of this Motion upon its filing.

Robert Ukeiley
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403
859-986-5402 (ph)
859-986-1299 (fax)
rukeiley@igc.org


_____/s/_____
David Gunter

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ )
                                      )
JEREMY NICHOLS,                       )
                                      )
          Plaintiff,                  )
                                      )
v.                                    )          Civ. No. 1:05-cv-02215 (RCL)
                                      )
STEPHEN L. JOHNSON,                   )
Administrator, United States Environmental  )
Protection Agency                     )
1200 Pennsylvania Avenue, N.W.        )
Washington, D.C. 20460                )
                                      )
          Defendant                   )
_____ )

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED**
**MOTION TO EXTEND TIME TO ANSWER**

Upon consideration of Defendant's Motion to Extend Time to Answer, and upon

counsel's representation that the Motion is unopposed, and finding that good cause exists to

grant the Motion:

Defendant's Unopposed Motion to Extend Time to Answer is hereby GRANTED, and it

is ORDERED that Defendant's response to Plaintiff's Complaint must be served on or before

March 17, 2006.

SO ORDERED.

                                   _____
                                   Hon. Royce C. Lamberth
                                   United States District Judge