UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY NICHOLS,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON,<br>Administrator, United States Environmental<br>Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460<br><br>Defendant | Civ. No. 1:05-cv<br>02215 (RCL) |

**JOINT MOTION FOR STAY OF ALL DEADLINES
PENDING SETTLEMENT NEGOTIATIONS**

Pursuant to Fed. R. Civ. P. 7(b), Plaintiff Jeremy Nichols and Defendant Stephen Johnson hereby move the Court to stay all deadlines and proceedings in the above-captioned litigation for a period of 120 days. In support of this motion, the parties state as follows:

1. On November 29, 2005, Plaintiff served upon Defendant a Complaint for Injunctive and Declaratory Relief. By subsequent orders of the Court, the Defendant's time to respond to that Complaint has been extended until March 17, 2006.

2. The Complaint alleges that Defendant, the Administrator of the United States Environmental Protection Agency ("EPA"), has failed to perform a mandatory duty to respond to a citizen petition pursuant to 42 U.S.C. § 7661d, a provision of the Clean Air Act. Among the relief sought by the Complaint is an order

requiring the Administrator to respond to the petition.

3. On February 17, 2006, Defendant responded to the citizen petition as required by 42 U.S.C. § 7661d. As a result, concurrently with this Motion, the parties have filed a Stipulation of Partial Dismissal regarding the claim that Defendant has failed to perform a mandatory duty.

4. The only remaining claim in this litigation is Plaintiff's claim for attorneys' fees and costs of court under 42 U.S.C. § 7604(d). The parties are currently engaged in settlement discussions that may lead to an out-of-court resolution of these claims, saving the resources of the Court and the parties. The parties believe that 120 days will be sufficient time to conduct these settlement negotiations.

WHEREFORE, the parties respectfully request that the Court stay all deadlines and proceedings in this action for 120 days.

Respectfully submitted,

_Robert Ukeiley — D.G. by permission_
ROBERT UKEILEY (MD14062)
Law Office of Robert Ukeiley
433 Chestnut St.
Berea, KY 40403
(859) 986-5402
E-mail: rukeiley@igc.org
Counsel for Plaintiff

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural
    Resources Division

DAVID GUNTER
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-3785
Counsel for Defendant

Dated: 3/15/06

## CERTIFICATE OF SERVICE

     I certify that all counsel in the above-captioned case have signed or authorized their signature on this Motion. I further certify that all counsel in the above-captioned case are registered to receive electronic service of all filings through the Court's e-filing system.

                                             _/s/ David Gunter_
                                             David Gunter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY NICHOLS,            )
                           )
    Plaintiff,             )
                           )
v.                         )   Civ. No. 1:05-cv
                           )   02215 (RCL)
                           )
STEPHEN L. JOHNSON,        )
Administrator, United States Environmental )
Protection Agency          )
1200 Pennsylvania Avenue, N.W. )
Washington, D.C. 20460     )
                           )
    Defendant              )

## [PROPOSED] ORDER GRANTING
## JOINT MOTION FOR STAY OF ALL DEADLINES

Upon consideration of the parties' Joint Motion for Stay of All Deadlines Pending Settlement Negotiations, and finding that good cause exists to grant the Motion:

The parties' Joint Motion for Stay of All Deadlines Pending Settlement Negotiations is hereby GRANTED, and it is ORDERED that all proceedings and deadlines in this action be stayed 120 days from the date of this Order.

SO ORDERED this _____ day of _____, 2006.

_____
Hon. Royce C. Lamberth
United States District Judge