UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY NICHOLS,<br><br>  Plaintiff,<br><br>  v.<br><br>STEPHEN L. JOHNSON,<br>Administrator, United States Environmental<br>Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460<br><br>  Defendant | Civ. No. 1:05-cv 02215 (RCL) |

**STIPULATION OF PARTIAL DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the parties stipulate that plaintiff's claim that defendant failed to perform a nondiscretionary duty to grant or deny their petition for an objection to a state-issued permit no later than 60 days after plaintiff filed his petition should be dismissed as moot. Defendant took action on the petition on February 17, 2006. This stipulation does not affect the plaintiff's claim for costs of litigation (including attorneys fees) pursuant to 42 U.S.C. § 7604(d).

Counsel for plaintiffs has authorized defense counsel to sign on his behalf.

SO STIPULATED:

_Robert Ukeiley – P.G by permission_
ROBERT UKEILEY (MD14062)
Law Office of Robert Ukeiley
433 Chestnut St.
Berea, KY 40403
(859) 986-5402
E-mail: rukeiley@igc.org
Counsel for Plaintiff

Dated: 3/15/06

_[signature]_
SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural
    Resources Division

DAVID GUNTER
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-3785
Counsel for Defendant