UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JEREMY NICHOLS,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-2215 (RCL) |
| **STEPHEN L. JOHNSON,** Administrator, United States Environmental Protection Agency, | ) | |
| Defendant. | ) | |

**ORDER GRANTING JOINT MOTION
FOR STAY OF ALL DEADLINES**

Upon consideration of the parties' Joint Motion [11] for Stay of All Deadlines Pending Settlement Negotiations, and finding that good cause exists to grant the motion, it is hereby

ORDERED that the parties' Joint Motion [11] for Stay of All Deadlines Pending Settlement Negotiations is GRANTED; and it is further

ORDERED that all proceedings and deadlines in this action be stayed 120 days from the date of this Order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 20, 2006.