UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY NICHOLS,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON,<br>Administrator, United States Environmental<br>Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460<br><br>Defendant | Civ. No. 1:05-cv-02215 (RCL) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties stipulate that this action be dismissed with prejudice in its entirety. Counsel for plaintiff has authorized defense counsel to sign on his behalf.

SO STIPULATED:

_____/s/_____
ROBERT UKEILEY
Law Office of Robert Ukeiley
433 Chestnut St.
Berea, KY 40403
(859) 986-5402

_____
SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural
  Resources Division

DAVID GUNTER
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-3785

Dated: May 11, 2006